IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DWAYNE L. BAUGHER                                                    PLAINTIFF

v.                          Civil No. 13-5264

SERGEANT BEHNIA, Washington
County Detention Center (WCDC); OFFICER
MITCHELL, WCDC; OFFICER JAMES
JENNINGS, Fayetteville Police Department;
NURSE RHONDA BRADLEY; NURSE
RHONDA MESCHEDE; and NURSE
PEGGY VICKERY                                                        DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This is a civil rights case filed by the Plaintiff pursuant to 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and *in forma pauperis*.

By order (Doc. 48) entered on June 11, 2014, Plaintiff was given until June 30, 2014, to file an amended complaint. Plaintiff did not file the amended complaint. He did not request an extension of time within which to file it.

On July 14, 2014, a show cause order was entered. Plaintiff was given until August 1, 2014, to show cause why this case should not be dismissed with prejudice based on his failure to obey an order of the Court and his failure to prosecute this action. To date, he has not responded to the show cause order and he has not filed the amended complaint. He has not sought an extension of time to respond to the orders. No mail has been returned as undeliverable.

This case was scheduled for a summary judgment hearing on August 18, 2014. The hearing is being cancelled by separate order.

-1-

AO72A
(Rev. 8/82)

I recommend that this case be dismissed because of Plaintiff's failure to obey the orders of the Court and his failure to prosecute this action. Fed. R. Civ. P. 41(b).

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 4th day of August 2014.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)