IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DWAYNE L. BAUGHER                                                    **PLAINTIFF**

V.                                        **CASE NO. 5:13-CV-5264**

SERGEANT BEHNIA, Washington County
Detention Center (WCDC); OFFICER
MITCHELL, WCDC; OFFICER JAMES JENNINGS,
Fayetteville Police Department; NURSE RHONDA
BRADLEY; NURSE RHONDA MESCHEDE; and
NURSE PEGGY VICKERY                                                  **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 59) filed in this

case on August 4, 2014, by the Honorable Erin L. Setser, United States Magistrate for the

Western District of Arkansas.  Fourteen (14) days have passed without objections being

filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as

follows: the Report and Recommendation is proper and should be and hereby is

**ADOPTED IN ITS ENTIRETY**.  Accordingly, for the reasons stated in the Magistrate

Judge's Report and Recommendation, Plaintiff's Complaint is **DISMISSED WITHOUT**

**PREJUDICE**. All other pending motions are **DENIED as MOOT**.

IT IS SO ORDERED on this 24th day of September, 2014.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE